**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| RALPH KNAPTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:13-cv-00168-GZS |
| | ) |
| SOCIAL SECURITY ADMINISTRA- | ) |
| TION COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 20) filed April 3, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's final decision is **AFFIRMED** and judgment is entered in favor of Defendant.

      /s/ George Z. Singal
      United States District Judge

Dated this day of April, 2014.